IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02919-BNB

CHRISTOPHER JETER,

    Petitioner,

v.

RENE GARCIA,

    Respondent.

## ORDER OF DISMISSAL

    Petitioner, Christopher Jeter, initiated this action by filing *pro se* a document titled "Writ of Habeas Corpus 28 U.S.C. § 2241" (ECF No. 1).  On November 7, 2012, Magistrate Judge Boyd N. Boland entered an order directing Mr. Jeter to cure certain deficiencies if he wished to pursue his claims.  Specifically, Magistrate Judge Boland ordered Mr. Jeter to file an amended pleading on the court-approved form and either to pay the $5.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action along with a certificate showing the current balance in his inmate account in support of the 28 U.S.C. § 1915 motion.  Mr. Jeter was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    Mr. Jeter has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's November 7 order. Therefore, the action will be dismissed without prejudice for failure to cure the

deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Petitioner files a notice of appeal he also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the "Writ of Habeas Corpus 28 U.S.C. § 2241" (ECF No. 1) is denied and the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Jeter failed to cure the deficiencies as directed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  14th  day of    December   , 2012.

BY THE COURT:


  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge
United States District Court